DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DEER RUN SPRINGS IV CONDOMINIUM ASSOCIATION, INC.,**
Appellant,

v.

**AMERICAN COASTAL INSURANCE COMPANY,**
Appellee.

No. 4D2022-3125

[January 11, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. CACE21-014063.

Christopher J. Maranges, Colleen Alexis Maranges, and Priscilla M. Jacob of Maranges, PLLC, Boca Raton, for appellant.

Joshua S. Beck of Beck Law, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***